UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 1:06-CR-140-007 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| MARCUS CARLISLE | ) | |

## **O R D E R**

On May 1, 2007, United States Magistrate Judge William B. Mitchell Carter conducted a plea hearing in this case and filed a Report and Recommendation ("R&R"), which recommends (1) the Court accept the defendant's guilty plea to Count One of the Indictment, to the extent it charges the lesser included offense of conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(D); (2) the Court adjudicate the defendant guilty of those charges to which he has pleaded; (3) the Court accept the defendant's plea agreement at the time of sentencing; and (4) the defendant remain in custody pending sentencing (Court File No. 183).

Neither party has filed objections to the R&R within the given ten days. Therefore, after reviewing the record, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 183) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

(1) The defendant's guilty plea as to the lesser included offense of Count One of the Indictment is **ACCEPTED**;

(2) The defendant is hereby **ADJUDGED** guilty of the charges to which he has pleaded;

(3) A decision to accept the plea agreement is **DEFERRED** until sentencing; and

(4) The defendant **SHALL REMAIN** in custody until sentencing in this matter. Sentencing

is set for **Thursday, August 9, 2007, at 2:00 p.m.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**